## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRENDA HEUER,** ) | |
| ) | **2:17-cv-02652-JAR-KGG** |
| **Plaintiff,** ) | |
| ) | **Judge Robinson** |
| v. ) | **Magistrate Judge Gale** |
| ) | |
| **MCPHERSON & MCVEY LAW** ) | |
| **OFFICES, CHTD.,** ) | |
| ) | |
| **Defendant.** ) | |

### STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** August 9, 2018

| For Plaintiff, | For Defendant, |
|---|---|
| Brenda Heuer | McPherson & McVey Law Offices, Chtd |
| s/ Mandy M. Shell | s/ David E. Larson |
| SmithMarco, P.C. | Martin Pringle Oliver Wallace & Bauer, LLP |
| 1656 Washington St., Ste. 120 | 4435 Main Street, Suite 920 |
| Kansas City, Missouri 64108 | Kansas City, MO 64111-1945 |
| Telephone: (913) 879-1001 | Telephone: (816) 753-6006 |
| Facsimile: (888) 418-1277 | Facsimile: (816) 753-6006 |
| E-Mail: mshell@smithmarco.com | E-mail: delarson@martinpringle.com |